AMIS *v.* THE MERCHANTS INSURANCE COMPANY.

*In the absence of evidence to the contrary, it will be presumed that payment was made by the party bound, and not by another.*

*The fact that a party was erroneously condemned by the court of the first instance to pay half the costs of the action, will not authorise a reversal of the judgment on appeal, where no application was made to the court below to correct the error.*

APPEAL from the Fifth District Court of New Orleans, *Buchanan*, J. *Pepper*, *Stockton*, and *Steele*, for the appellant: *E. Peirce*, for the defendants. The judgment of the court was pronounced by

ROST, J.[*]　The only question presented by the appellant, *Amis*, for our consideration is, whether a sum of $2,500 received by the defendants, was paid by the appellant for the accommodation of *Theophilus Freeman*, their debtor, or by *Freeman* himself. The judge of the court below being of opinion that the evidence did not satisfactorily show its payment to have been made by the plaintiff, gave the defendants the benefit of his doubts, and dismissed the claim.

A careful perusal of the evidence has satisfied us of the correctness of the judgment. The plaintiff did not substantiate his allegations, and the legal presumption is that the payment was made by the party bound.

The appellant further complains that, he was adjudged to pay half of the costs in the court below, although he partially succeeded. He should have applied to that court to correct the error, if it be one; and as he neglected to do so, it is not a sufficient ground for the reversal of the judgment. *Grailhe* v. *Hown*, 1 Annual Rep. 140.

---

[*] SLIDELL, J. did not sit in this case, having be,n of counsel.

The appellees have asked that the judgment be amended in their favor, in relation to the other matters passed upon by the court below; but we are satisfied, it has done justice between the parties.

*Judgment affirmed.*